No. 84–206.  BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS v. PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS,

INC.   Sup. Jud. Ct. Mass.   Certiorari denied.